**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM ANDY SALAS-ALBERNOZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, U.S. Attorney General, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, JAMAL LAWRENCE, Warden of Philadelphia Detention Center** | : : : : : : : | **NO. 26-906** |

## ORDER

**NOW**, this 12th day of February, 2026, upon consideration of petitioner William Andy Salas-Albernoz's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that:

1.    Petitioner shall serve a copy of the Petition for Writ of Habeas Corpus on the respondents and file proof of service no later than **February 13, 2026**.

2.    No later than **February 17, 2026**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

3.    Petitioner William Andy Salas-Albernoz shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

_____
TIMOTHY J. SAVAGE, J.